# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| DeMarques P. Estrella-Thomas, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00563-GCM |
| vs. | |
| David Pierce<br>Kristin Lents<br>Wes Watkins<br>Lee Brown<br>Hendrick Automotive Group, Inc.<br>J.W. Whitley<br>Jeff Simmons,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 13, 2018 Order.

November 13, 2018

Frank G. Johns, Clerk
United States District Court